ACCEPTED
06-14-00160-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/6/2015 2:58:44 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00160-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | | |
| **VS.** | § | **SIXTH COURT** | 3/6/2015 2:58:44 PM |
| | § | | DEBBIE AUTREY |
| | § | | Clerk |
| **THOMAS TAUNTON** | § | **OF APPEALS** | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Thomas Taunton, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 336th Judicial District Court of Fannin County, Texas.

2. The case below was styled the <u>STATE OF TEXAS vs. Thomas Taunton</u>, and numbered CR-13-24755.

3. Appellant was convicted of Murder.

4. Appellant was assessed a sentence of Life in Prison on August 13, 2014.

5. Notice of appeal was given on August 29, 3014.

6. The clerk's record was filed on November 10, 2014; the reporter's record was filed on February 12, 2015.

7.    The appellate brief is presently due on March 16, 2015.

8.    Appellant requests an extension of time of 60 days from the present date, i.e. May 18, 2015.

9.    No extension to file the brief has been received in this cause.

10.    Defendant is currently ncarcerated.

11.    Appellant relies on the following facts as good cause for the requested extension:

This is an appeal from convictions for capital murder and murder. The The Defendant was sentenced to life in prison without the possibility of parole, and Appellant's attorney would like to do the best job he can for the Appellant. The trial of these cases took about two weeks. It involved many witnesses and a plethora of exhibits. Additionally, there were issues addressed by way of pre-trial evidentiary hearings. The complete reporter's record is very lengthy, and it will take considerably more time to review it than what is usually encountered.  After that process is complete it will also take a bit more time than usual to winnow the issues for appeal and prepare the brief.

Counsel for the Appellant has begun the review of the record, but he is scheduled to be absent from the office, and hopefully the pressures of work during the week of March 9, 2015, for spring break.  He will be at the Lost Pines Resort in Bastrop, Texas with his family for that week.

.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

STEVEN RICHARD MIEARS
POB 736
211 N. Main Street
BONHAM, TX 75418
Tel:
Fax:

By:_____
    Steven R. Miears
    State Bar No. 14025600
    stevemiears@msn.com
    Attorney for Thomas Taunton

## CERTIFICATE OF SERVICE

This is to certify that on March 6, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Fannin County, Fannin County Courthouse, by electronic service through the Electronic Filing Manager.

_____
Steven R. Miears